Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DUN ENGINEERING SERVICES, INC., and MARK THOMAS JONES,<br><br>Defendants. | Case No.: C07-4995 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**and**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 9, 2007                    Respectfully submitted,
                                          SALTZMAN & JOHNSON LAW CORPORATION


                                          _____/s/_____
                                          Michele R. Stafford
                                          Attorneys for Plaintiffs

-1-
**DECLININATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**Case No.: C07-4995 JL**

P:\CLIENTS\OE3CL\Dun Engineering\Pleadings\C07-4995 JL Magistrate Declination 100907.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On October 9, 2007, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
and
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Matt Quall, Esq.**<br>**Agent for Service of Process for**<br>**Dun Engineering Services, Inc.**<br>**Lang, Richert & Patch**<br>**5200 N. Palm Avenue, Suite 401**<br>**Fresno, CA 93704** | **Mark Thomas Jones**<br>**4721 W. Jennifer #7**<br>**Fresno, CA 93722** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 9th day of October, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**DECLININATION TO PROCEED BEFORE A MAGISTRATE JUDGE
Case No.: C07-4995 JL**

P:\CLIENTS\OE3CL\Dun Engineering\Pleadings\C07-4995 JL Magistrate Declination 100907.DOC