**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE,                                No. C 07-04995 CRB

       Plaintiff,                             **Clerk's Notice**

  v.

DUN ENGINEERING SVCS. INC.,

       Defendant.

_____/

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, January 4, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: October 11, 2007                          FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
      Barbara Espinoza
      Courtroom Deputy