Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DUN ENGINEERING SERVICES, INC., and MARK THOMAS JONES, <br><br> Defendants. | Case No.: C07-4995 CRB <br><br> **PROOF OF SERVICE RE CLERK'S NOTICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On October 15, 2007, I served the following document(s):

**CLERK'S NOTICE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

1  Francisco, California, addressed as follows:

2      **Matt Quall, Esq.**                **Mark Thomas Jones**
    **Agent for Service of Process for**   **4721 W. Jennifer #7**
3      **Dun Engineering Services, Inc.**    **Fresno, CA 93722**
    **Lang, Richert & Patch**
4      **5200 N. Palm Avenue, Suite 401**
5      **Fresno, CA 93704**

6

7      I declare under penalty of perjury that the foregoing is true and correct and that this

8  declaration was executed on this 15th day of October, 2007, at San Francisco, California.

9

10                                               _____/s/_____
11                                                   Vanessa de Fábrega

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28