IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, | No. C 07-04995 CRB |
|     Plaintiff, | **Clerk's Notice** |
|   v. | |
| DUN ENGINEERING SVCS. INC., | |
|     Defendant. | |

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference for Friday, November 30, 2007 at 10:00 a.m. before the Honorable Charles R. Breyer. The case management statement shall be filed on or before November 23, 2007.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 22, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy