Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DUN ENGINEERING SERVICES, INC., and MARK THOMAS JONES, <br><br> Defendants. | Case No.: C07-4995 CRB <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

    I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

    On October 23, 2007, I served the following document(s):

**CLERK'S NOTICE**

///
///
///
///
///

P:\CLIENTS\OE3CL\Dun Engineering\Pleadings\C07-4995 CRB Proof of Service 102307.DOC

**PROOF OF SERVICE**
**Case No.: C07-4995 CRB**

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

      **Matt Quall, Esq.**          **Mark Thomas Jones**
      **Agent for Service of Process for**   **4721 W. Jennifer #7**
      **Dun Engineering Services, Inc.**   **Fresno, CA 93722**
      **Lang, Richert & Patch**
      **5200 N. Palm Avenue, Suite 401**
      **Fresno, CA 93704**

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of October, 2007, at San Francisco, California.

                                            _____/s/_____
                                                    Vanessa de Fábrega

**PROOF OF SERVICE**
**Case No.: C07-4995 CRB**