1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | GIL CROSTHWAITE, et al. as Trustees of the          | Case No.: C07-4995 CRB
   | OPERATING ENGNEERS HEALTH AND
   | WELFARE TRUST FUND FOR NORTHERN                     | **REQUEST TO CONTINUE CASE**
13 | CALIFORNIA, et al.,                                  | **MANAGEMENT CONFERENCE**

14 |        Plaintiffs,

15 | v.                                                   | Date: November 30, 2007
                                                          | Time: 10:00 a.m.
16 | DUN ENGINEERING SERVICES, INC., and                  | Judge: Honorable Charles Breyer
   | MARK THOMAS JONES,
17
   |        Defendants.
18

19      Plaintiffs hereby request continuance of the Case Management Conference currently set for

20 November 30, 2007 at 10:00 a.m. before the Honorable Charles R. Breyer:

21      1.      Defendants have retained counsel, but have not filed a response to the Complaint as

22 of today's date. I provided them with an extension of time to respond so that they could schedule

23 their audit (as requested in the Complaint) with the Trust Funds' auditors.

24      2.      The auditors advise that they are waiting for further information from the

25 defendant, and that the audit will be completed shortly.

26

27 ///

28

3. I therefore request that the Case Management Conference be continued for approximately 60 days to allow the audit to be completed, and billed to the defendant. I am hopeful that this matter will be resolved without further litigation.

Dated: November 20, 2007               SALTZMAN AND JOHNSON
                                       LAW CORPORATION


                                By:   _____/s/_____
                                       Michele R. Stafford, Esq.
                                       Attorneys for Plaintiffs


IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to _____ at _____, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.


Date: _____       _____
                                     United States District Court Judge

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**CASE NO.: C07-4995 CRB**

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On November 20, 2007, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **William Hancock, Esq.**
> **575 E. Locust Ave., Suite 203**
> **Fresno, CA 93720**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 20th day of November, 2007, at San Francisco, California.

```
                    _____/s/_____
                    Vanessa de Fábrega
```