1 Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
2 SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
3 San Francisco, CA 94105
(415) 882-7900
4 (415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
5 mstafford@sjlawcorp.com

6 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C07-4995 CRB |
| | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | |
| v. | Date: November 30, 2007 |
| | Time: 10:00 a.m. |
| DUN ENGINEERING SERVICES, INC., and MARK THOMAS JONES, | Judge: Honorable Charles Breyer |
| Defendants. | |

Plaintiffs hereby request continuance of the Case Management Conference currently set for November 30, 2007 at 10:00 a.m. before the Honorable Charles R. Breyer:

1. Defendants have retained counsel, but have not filed a response to the Complaint as of today's date. I provided them with an extension of time to respond so that they could schedule their audit (as requested in the Complaint) with the Trust Funds' auditors.

2. The auditors advise that they are waiting for further information from the defendant, and that the audit will be completed shortly.

///

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**CASE NO.: C07-4995 CRB**

P:\CLIENTS\OE3CL\Dun Engineering\Pleadings\C07-4995 CRB Request to Continue CMC 112007.DOC

3. I therefore request that the Case Management Conference be continued for approximately 60 days to allow the audit to be completed, and billed to the defendant. I am hopeful that this matter will be resolved without further litigation.

Dated: November 20, 2007                     SALTZMAN AND JOHNSON
                                             LAW CORPORATION


                                       By:   _____/s/_____
                                             Michele R. Stafford, Esq.
                                             Attorneys for Plaintiffs


IT IS SO ORDERED.

     The currently set Case Management Conference is hereby continued to __Febrary 1, 2008_____ at ___8:30 a.m._____, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.


Date: ___November 26, 2007_____          _____
                                           United States District Court Judge

*IT IS SO ORDERED* — Judge Charles R. Breyer (signed)

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**CASE NO.: C07-4995 CRB**