```
 1  Muriel B. Kaplan, Esq. (SBN 124607)
    Michele R. Stafford, Esq. (SBN 172509)
 2  SALTZMAN & JOHNSON LAW CORPORATION
    120 Howard Street, Suite 520
 3  San Francisco, CA 94105
    (415) 882-7900
 4  (415) 882-9287 – Facsimile
    mkaplan@sjlawcorp.com
 5  mstafford@sjlawcorp.com

 6  Attorneys for Plaintiffs

 7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C07-4995 CRB |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| DUN ENGINEERING SERVICES, INC., and MARK THOMAS JONES, | |
| Defendants. | |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On November 27, 2007, I served the following document(s):

**ORDER ON
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

///
///
///

**PROOF OF SERVICE
CASE NO.: C07-4995 CRB**

1 | on the interested parties in said action by placing a true and exact copy of each document in a
2 | sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3 | Francisco, California, addressed as follows:

        **William Hancock, Esq.**
        **575 E. Locust Ave., Suite 203**
        **Fresno, CA 93720**

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 27th day of November, 2007, at San Francisco, California.

                          _____/s/_____
                                  Vanessa de Fábrega

**PROOF OF SERVICE**
**CASE NO.: C07-4995 CRB**