1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287–Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   GIL CROSTHWAITE, et al. as Trustees of the      Case No.: C07-4995 CRB
12 OPERATING ENGNEERS HEALTH AND
   WELFARE TRUST FUND FOR NORTHERN                 **REQUEST TO CONTINUE CASE**
13 CALIFORNIA, et al.,                             **MANAGEMENT CONFERENCE**

14         Plaintiffs,

15 v.                                              Date: February 1, 2008
                                                   Time: 8:30 a.m.
16 DUN ENGINEERING SERVICES, INC., and             Judge: Honorable Charles Breyer
   MARK THOMAS JONES,
17
           Defendants.
18

19         Plaintiffs hereby request continuance of the Case Management Conference currently set for

20 February 1, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer:

21         1.      Defendants have retained counsel, but have not filed a response to the Complaint as

22 of today's date. Plaintiffs have provided their counsel with extensions of time to respond so that

23 they could schedule their audit (as requested in the Complaint) with the Trust Funds' auditors,

24 review the findings of that audit, and to resolve any reporting or payment discrepancies found in

25

26 the audit.

27 ///

28                      **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
                                              **CASE NO.: C07-4995 CRB**

P:\CLIENTS\OE3CL\Dun Engineering\Pleadings\C07-4995 CRB Request to Continue CMC 012508.DOC

2. The audit has been completed and reviewed by defendants, who made an offer for resolution, to be reviewed by plaintiffs. Plaintiffs are ready to respond but the parties have not yet discussed that response.

3. Plaintiffs therefore request that the Case Management Conference be continued for approximately 60 days to allow the negotiations to be finalized, and for the matter to be resolved between the parties.

Dated: January 25, 2008

SALTZMAN AND JOHNSON
LAW CORPORATION

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to _____ at _____, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.

Date: _____          _____
                                      United States District Court Judge

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: C07-4995 CRB

P:\CLIENTS\OE3CL\Dun Engineering\Pleadings\C07-4995 CRB Request to Continue CMC 012508.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On January 25, 2008, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **William Hancock, Esq.**
> **575 E. Locust Ave., Suite 203**
> **Fresno, CA 93720**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of January, 2008, at San Francisco, California.

_____/s/_____
Andrea Gonzalez

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C07-4995 CRB**

P:\CLIENTS\OE3CL\Dun Engineering\Pleadings\C07-4995 CRB Request to Continue CMC 012508.DOC