1 | Muriel B. Kaplan, Esq. (SBN 124607)
  | Michele R. Stafford, Esq. (SBN 172509)
2 | SALTZMAN & JOHNSON LAW CORPORATION
  | 120 Howard Street, Suite 520
3 | San Francisco, CA 94105
  | (415) 882-7900
4 | (415) 882-9287– Facsimile
  | mkaplan@sjlawcorp.com
5 | mstafford@sjlawcorp.com

6 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C07-4995 CRB |
|---|---|
| Plaintiffs, | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | Date: February 1, 2008 |
| DUN ENGINEERING SERVICES, INC., and MARK THOMAS JONES, | Time: 8:30 a.m. |
| Defendants. | Judge: Honorable Charles Breyer |

Plaintiffs hereby request continuance of the Case Management Conference currently set for February 1, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer:

1. Defendants have retained counsel, but have not filed a response to the Complaint as of today's date. Plaintiffs have provided their counsel with extensions of time to respond so that they could schedule their audit (as requested in the Complaint) with the Trust Funds' auditors, review the findings of that audit, and to resolve any reporting or payment discrepancies found in the audit.

///

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C07-4995 CRB**

P:\CLIENTS\OE3CL\Dun Engineering\Pleadings\C07-4995 CRB Request to Continue CMC 012508.DOC

2. The audit has been completed and reviewed by defendants, who made an offer for resolution, to be reviewed by plaintiffs. Plaintiffs are ready to respond but the parties have not yet discussed that response.

3. Plaintiffs therefore request that the Case Management Conference be continued for approximately 60 days to allow the negotiations to be finalized, and for the matter to be resolved between the parties.

Dated: January 25, 2008

SALTZMAN AND JOHNSON
LAW CORPORATION

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __April 4, 2008__ at __8:30 a.m.__, and all previously set deadlines and dates related to this case are vacated, to be reset at that Conference.

Date: __January 28, 2008__

_____
United States District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C07-4995 CRB**

P:\CLIENTS\OE3CL\Dun Engineering\Pleadings\C07-4995 CRB Request to Continue CMC 012508.DOC