1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 GIL CROSTHWAITE, et al. as Trustees of the      Case No.: C07-4995 CRB
   OPERATING ENGNEERS HEALTH AND
   WELFARE TRUST FUND FOR NORTHERN           **PROOF OF SERVICE**
13 CALIFORNIA, et al.,

14        Plaintiffs,

15 v.

16 DUN ENGINEERING SERVICES, INC., and
   MARK THOMAS JONES,
17
          Defendants.
18

19
   I, the undersigned, declare:
20

21        I am a citizen of the United States and am employed in the County of San Francisco, State

22 of California.  I am over the age of eighteen and not a party to this action.  My business address is

23 120 Howard Street, Suite 520, San Francisco, California 94105.

24        On January 31, 2008, I served the following document(s):

25
                        **ORDER ON REQUEST TO**
26              **CONTINUE CASE MANAGEMENT CONFERENCE**
   ///
27 ///
   ///
28

                                                              **PROOF OF SERVICE**
                                                              **CASE NO.: C07-4995 CRB**

P:\CLIENTS\OE3CL\Dun Engineering\Pleadings\C07-4995 CRB Proof of Service 013108.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:
4
5  > **William Hancock, Esq.**
   > **575 E. Locust Ave., Suite 203**
   > **Fresno, CA 93720**
6
7      I declare under penalty of perjury that the foregoing is true and correct and that this
8  declaration was executed on this 31st day of January, 2008, at San Francisco, California.
9
10
11                      _____/s/_____
                              Vanessa de Fábrega
12
13
...
28