1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9                    UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                  (SAN FRANCISCO HEADQUARTERS)

12  GIL CROSTHWAITE, et al. as Trustees of the       Case No.:  C07-4995 CRB
    OPERATING ENGNEERS HEALTH AND
13  WELFARE TRUST FUND FOR NORTHERN             **NOTICE OF VOLUNTARY DISMISSAL**
    CALIFORNIA, et al.,
14
           Plaintiffs,
15
16  v.

17  DUN ENGINEERING SERVICES, INC., and
    MARK THOMAS JONES,
18
           Defendants.
19  .

20

21       PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL

22  CROSTHWAITE, et al. as Trustees of the OPERATING ENGINEERS HEALTH AND

23  WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al., voluntarily dismiss their

24  claim against defendants DUN ENGINEERING SERVICES, INC., and MARK THOMAS

25  JONES.  Defendants have neither served an answer nor moved for summary judgment,

26
27  ///

28  ///

1   and plaintiffs have not previously filed or dismissed any similar action against defendant.

2   Dated: February 19, 2008                    SALTZMAN & JOHNSON
                                                 LAW CORPORATION
3

4
                                      By:    _____/S/_____
5                                            Muriel B. Kaplan
                                             Attorneys for Plaintiffs
6

7

8   **IT IS SO ORDERED:**

9   Date:_____                    _____
                                             UNITED STATES DISTRICT COURT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL**
**CASE NO.: C07-4995 CRB**

<u>**PROOF OF SERVICE**</u>
*CASE NO.: C07-1857 JCS*

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105

On February 19, 2008, I served the foregoing document(s) on the parties to this action, addressed as follows, in the manner described below:

**NOTICE OF VOLUNTARY DISMISSAL**

☑ **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

☐ **FACSIMILE** be causing said document(s) to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

☐ **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

☐ **PERSONAL DELIVERY** by placing said document(s) in a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

☐ **ELECTRONICALLY** be causing said document(s) to be transmitted by Email to the address(es) set forth below.

*Addressed to:*
**William Hancock, Esq.**
**575 E. Locust Ave., Suite 203**
**Fresno, CA 93720**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 19th day of February, 2008, at San Francisco, California.

_____/S/_____
Andrea Gonzalez

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.:  C06-1908 CRB**

P:\CLIENTS\OE3CL\Dun Engineering\Pleadings\C07-4995 CRB- Voluntary Dismissal 021908.doc