1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                      (SAN FRANCISCO HEADQUARTERS)
11

12 | GIL CROSTHWAITE, et al. as Trustees of the    Case No.: C07-4995 CRB
   | OPERATING ENGNEERS HEALTH AND
13 | WELFARE TRUST FUND FOR NORTHERN              **NOTICE OF VOLUNTARY DISMISSAL**
   | CALIFORNIA, et al.,
14 |
   |     Plaintiffs,
15 |
   | v.
16 |
   | DUN ENGINEERING SERVICES, INC., and
17 | MARK THOMAS JONES,
   |
18 |     Defendants.
19 |

20

21     PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL

22 CROSTHWAITE, et al. as Trustees of the OPERATING ENGINEERS HEALTH AND

23 WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al., voluntarily dismiss their

24 claim against defendants DUN ENGINEERING SERVICES, INC., and MARK THOMAS

25 JONES. Defendants have neither served an answer nor moved for summary judgment,
26
27 ///

28 ///

1 | and plaintiffs have not previously filed or dismissed any similar action against defendant.

2 | Dated: February 19, 2008            SALTZMAN & JOHNSON
3 |                                     LAW CORPORATION

4 |
                              By:        _____/S/_____
5 |                                     Muriel B. Kaplan
                                        Attorneys for Plaintiffs
6 |

7 |

8 | **IT IS SO ORDERED:**

9 | Date: February 20, 2008



UNITED STATES DISTRICT JUDGE
IT IS SO ORDERED
Judge Charles R. Breyer

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**
*CASE NO.: C07-1857 JCS*

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105

On February 19, 2008, I served the foregoing document(s) on the parties to this action, addressed as follows, in the manner described below:

**NOTICE OF VOLUNTARY DISMISSAL**

☑ **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

☐ **FACSIMILE** be causing said document(s) to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

☐ **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

☐ **PERSONAL DELIVERY** by placing said document(s) in a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

☐ **ELECTRONICALLY** be causing said document(s) to be transmitted by Email to the address(es) set forth below.

*Addressed to:*
**William Hancock, Esq.**
**575 E. Locust Ave., Suite 203**
**Fresno, CA 93720**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 19th day of February, 2008, at San Francisco, California.

/S/
Andrea Gonzalez

-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C06-1908 CRB