1 | Muriel B. Kaplan, Esq. (SBN 124607)
2 | Michele R. Stafford, Esq. (SBN 172509)
  | SALTZMAN & JOHNSON LAW CORPORATION
3 | 120 Howard Street, Suite 520
  | San Francisco, CA 94105
4 | (415) 882-7900
  | (415) 882-9287 – Facsimile
5 | mkaplan@sjlawcorp.com
  | mstafford@sjlawcorp.com

6 | Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROSTHWAITE, et al. as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C07-4995 CRB |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| DUN ENGINEERING SERVICES, INC., and MARK THOMAS JONES, | |
| Defendants. | |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On February 25, 2008, I served the following document:

**JUDGE'S ORDER OF VOLUNTARY DISMISSAL**

-1-
**PROOF OF SERVICE**
**Case No.: C06-1908 CRB**

P:\CLIENTS\OE3CL\Dun Engineering\Pleadings\C07-4995 CRB- POS re Dismissal 022508.doc

-2-

on the interested party in said action by placing a true and exact copy of the document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

>**William Hancock, Esq.**
>**575 E. Locust Ave., Suite 203**
>**Fresno, CA 93720**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of February, 2008, at San Francisco, California.

_____/s/_____
Andrea Gonzalez